**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
**ADRIAN KARIMI, ESQ.**
Nevada Bar No. 13514
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

MARIA RIVAS LOPEZ, an individual,

Plaintiff,

vs.

CARDENAS MARKETS, LLC, a Foreign Limited-Liability Company; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

CASE NO.: 2:24-cv-01221-JAD-DJA

**STIPULATION AND ORDER TO AMEND THE SCHEDULNG ORDER AND EXTEND DISCOVERY DEADLINES**

**(Second Request)**

Pursuant to LR 6-1 and LR 26-3 [~~26-4~~], and for good cause shown, the parties, by and through their respective counsel of record hereby stipulate and agree to and jointly move this Honorable Court for an order to continue discovery by sixty (60) days as indicated below.

**A.    DISCOVERY COMPLETED TO DATE**

The parties have completed the following disclosures and discovery:

1. Plaintiff served her initial FRCP 26(f) case conference disclosure of witnesses and exhibits on September 18, 2024.

2. Defendant served their initial FRCP 26(f) case conference disclosure on July 16, 2024.

3. Defendant served their second FRCP 26(f) case conference disclosure on August 22, 2024.

4. Defendant propounded written discovery to Plaintiff on July 16, 2024.

5. Plaintiff responded to written discovery on September 25, 2024.

6. Plaintiff propounded written discovery to Defendant on September 23, 2024.

7. Plaintiff has requested the deposition of Defendant's 30(b)(6) witness and the parties in the process of coordinating a date for the requested deposition;

8. The parties continue to request, obtain and supplement medical records.

9. The parties continue to supplement their FRCP 26(f) disclosures as discovery continues.

**B.    DISCOVERY REMAINING TO BE COMPLETED**

1. Defendant's written discovery responses;

2. Depositions of the involved parties,

3. Depositions of treating physicians,

4. Expert depositions;

5. Depositions of additional parties and/or witnesses;

6. Initial and rebuttal expert disclosures, as well as supplemental expert disclosures.

7. Additional written discovery as necessary;

8. Disclosure of additional documents;

9. Subpoena/Obtain additional documents as necessary;

10. The parties also anticipate that they may need to conduct other forms of discovery, though not specifically delineated herein, and anticipate doing so only on an as-needed basis.

**C.    REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

A scheduling order can be modified "for good cause and with the judge's consent." FRCP 16(b)(4). "A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." LR AI 6-1 (a). "District courts should generally allow amendments of pre-trial orders when 'no substantial injury will be occasioned to the opposing party, the refusal to allow the amendment might result in injustice to the movant, and the inconvenience to the court is slight.'" *Campbell Industries v. M/V Gemini*, 619 F.2d 24, 27-28 (9th Cir. 1980) (*quoting Angle v. Sky*

*Chef, Inc.*, 535 F.2d 492, 495 (9th Cir. 1976); *Sherman v. United States*, 462 F.2d 577, 579 (5th Cir. 1972)). Here, as discussed below, there is no dispute among the parties that an extension would cause any injury or injustice, and that a refusal of extension could prejudice the parties. Additionally, although there may be some inconvenience to the Court, no trial date is currently set and discovery is already ongoing. Therefore, the stipulated request for a modest extension should be granted.

In addition to the discovery that has already taken place as set forth above, the parties have diligently worked to continue to conduct discovery in an effort to complete the same and prepare for trial.

The parties request a slight extension to discovery to proceed with the Defendant's 30(b)(6) deposition, and to conduct any corresponding discovery following the 30(b)(6) deposition. Plaintiff's counsel has requested the deposition and the parties are in the process of coordinating a mutual date to proceed with the same. The parties require additional time to set and proceed with the deposition of Defendant's 30(b)(6) witness and other witnesses.

The parties have diligently conducted discovery and are continuing to work cooperatively to complete the remaining discovery in order to prepare for trial. Good cause exists for modification of the current scheduling order to avoid prejudice to the parties.

**D.  CURRENT SCHEDULE TO COMPLETE REMAINING DISCOVERY:**

| | |
|---|---|
| Motions to Amend or Add Parties: | **CLOSED** |
| Initial Expert Disclosures: | 11/04/2024 |
| Rebuttal Expert Disclosure: | 12/03/2024 |
| Close of Discovery: | 01/02/2025 |
| Dispositive Motion Deadline: | 02/03/2025 |
| Joint Pre-Trial Order | 03/05/2025 |

//
//
//
//

E. **PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

| | |
|---|---|
| Motions to Amend or Add Parties: | **CLOSED** |
| Initial Expert Disclosures: | 01/03/2025 |
| Rebuttal Expert Disclosure: | 02/03/2025 |
| Close of Discovery: | 03/03/2025 |
| Dispositive Motion Deadline: | 04/04/2025 |
| Joint Pre-Trial Order | 05/05/2025 |

F. **CURRENT TRIAL DATE:**

No trial is yet scheduled in this matter. A joint proposed pretrial order is due on March 5, 2025 or 30 days following this Court's ruling on any dispositive motions, if filed. The parties seek additional time so that the same proposed pretrial order is due May 5, 2025, or 30 days after this Court's ruling on dispositive motions.

G. **REQUEST NUMBER:**

This is the parties first request for extension of the discovery deadlines.

Wherefore, the parties respectfully request that the Court grant this request to extend the discovery deadlines as outlined above.

**IT IS SO AGREED.**

Respectfully submitted by:

DATED this 16th day of October, 2024.   DATED this 16th day of October, 2024.

**LADAH LAW FIRM**   **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Ramzy P. Ladah, Esq.*   */s/ Jonathan Pattillo, Esq.*

**RAMZY P. LADAH, ESQ.**   **JONATHAN PATTILLO, ESQ.**
Nevada Bar No. 11405   Nevada Bar No. 13929
**ADRIAN A. KARIMI, ESQ.**   6689 Las Vegas Blvd. S., Suite 200
Nevada Bar No. 13514   Las Vegas, NV 89119
517 S. Third Street   *Attorney for Defendant*
Las Vegas, NV 89101
*Attorneys for Plaintiff*

4

# ORDER

Pursuant to stipulation by the parties and for good cause shown, the deadlines and discovery schedule in this case are extended and continued as follows:

| | |
|---|---|
| Motions to Amend or Add Parties: | **CLOSED** |
| Initial Expert Disclosures: | 01/03/2025 |
| Rebuttal Expert Disclosure: | 02/03/2025 |
| Close of Discovery: | 03/03/2025 |
| Dispositive Motion Deadline: | 04/04/2025 |
| Joint Pre-Trial Order | 05/05/2025 |

**IT IS SO ORDERED.**

**DATED this** 17th **day of** October, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**