**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

### UNITED STATES DISTRICT COURT

### DISTRCIT OF NEVADA

| | |
|---|---|
| Maria Rivas-Lopez,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC, a foreign limited liability company; Does I through X, inclusive and Roe Business Entities I though X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-1221-JAD-DJA<br><br>**Stipulation and Order to Continue Discovery Deadlines**<br><br>**(Third Request)** |

**I.    Discovery Completed To Date**

　　**a.**  Plaintiff has made his initial disclosure of witnesses and documents;

　　**b.**  Defendant has made its initial disclosure of witnesses and documents;

　　**c.**  Defendant propounded written discovery to Plaintiff (Plaintiff responded);

　　**d.**  Plaintiff propounded written discovery to Defendant (Defendant responded);

**II.   Discovery Left To Be Completed**

　　**a.**  Deposition of Plaintiff;

　　**b.**  Deposition of 30(b)(6) Representative;

　　**c.**  Disclosure of Experts;

　　**d.**  Deposition of Expert witnesses;

　　**e.**  Other discovery as needed.

299648227v.1

### III. Reasons For Extension

Plaintiff provided 30(b)(6) topics to Defendant. Defendant objected to three topics and filed a motion for protective order on the matter (ECF No. 15). This matter is fully briefed and pending for a hearing on December 30. The 30(b)(6) testimony may affect expert witness opinions, and thus the parties would like a short extension in order to get a ruling on this matter, depose Defendant's 30(b)(6) witness and provide the testimony to their experts.

### IV. Proposed Deadlines

**CURRENT SCHEDULE TO COMPLETE REMAINING DISCOVERY:**

| | |
|---|---|
| Motions to Amend or Add Parties: | **CLOSED** |
| Initial Expert Disclosures: | 01/03/2025 |
| Rebuttal Expert Disclosure: | 02/03/2025 |
| Close of Discovery: | 03/03/2025 |
| Dispositive Motion Deadline: | 04/04/2025 |
| Joint Pre-Trial Order | 05/05/2025 |

**PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

| | |
|---|---|
| Motions to Amend or Add Parties: | **CLOSED** |
| Initial Expert Disclosures: | 03/03/2025 |
| Rebuttal Expert Disclosure: | 04/02/2025 |
| Close of Discovery: | 05/02/2025 |
| Dispositive Motion Deadline: | 06/02/2025 |
| Joint Pre-Trial Order | 07/02/2025 |

-2-

299648227v.1

DATED this 13th day of December, 2024.   DATED this 13th day of December, 2024.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

LADAH LAW FIRM

*/s/ Jonathan C. Pattillo, Esq.*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for Cardenas Markets, LLC

*/s/ Adrian Karimi, Esq.*
Ramzy Paul Ladah, Esq.
Nevada Bar No. 11405
Adrian Karimi, Esq.
Nevada Bar No. 13514
Attorneys for Maria Rivas-Lopez

IT IS SO ORDERED.

DATED: 12/16/2024

_____
UNITED STATES MAGISTRATE JUDGE

-3-

299648227v.1

**From:** Adrian Karimi <Adrian@ladahlaw.com>
**Date:** December 13, 2024 at 12:32:29 PM PST
**To:** "Pattillo, Jonathan C." <Jonathan.Pattillo@wilsonelser.com>, Julie Roberts <julier@ladahlaw.com>
**Subject: RE: Maria Rivas-Lopez v. Cardenas; Case No. 2:24-cv-01221-JAD-DJA**

**EXTERNAL EMAIL** This email originated from outside the organization.

Yes you may attach my signature

**From:** Pattillo, Jonathan C. <Jonathan.Pattillo@wilsonelser.com>
**Sent:** Wednesday, December 11, 2024 4:11 PM
**To:** Julie Roberts <julier@ladahlaw.com>
**Cc:** Adrian Karimi <Adrian@ladahlaw.com>
**Subject:** RE: Maria Rivas-Lopez v. Cardenas; Case No. 2:24-cv-01221-JAD-DJA

Please see attached. Waiting on a 30b6 ruling was my reasoning.

Jonathan C. Pattillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1268 (Direct)
702.727.1400 (Main)
702.727.1401 (Fax)
jonathan.pattillo@wilsonelser.com

**From:** Julie Roberts <julier@ladahlaw.com>
**Sent:** Wednesday, December 11, 2024 3:40 PM
**To:** Pattillo, Jonathan C. <Jonathan.Pattillo@wilsonelser.com>
**Cc:** Adrian Karimi <Adrian@ladahlaw.com>
**Subject:** RE: Maria Rivas-Lopez v. Cardenas; Case No. 2:24-cv-01221-JAD-DJA

**EXTERNAL EMAIL** This email originated from outside the organization.

1