# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Maria Rivas-Lopez,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Cardenas Markets, LLC; et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01221-JAD-DJA<br><br>**Order** |

Before the Court is Defendant Cardenas Markets, LLC's motion to compel third party All for Health to respond to Defendant's subpoena for documents. (ECF No. 22). Defendant explains that All for Health has not responded to the subpoena or to Defendant's counsel's attempts to contact it to arrange a meet and confer. No party responded to the motion, constituting their consent to the Court granting it. *See* LR 7-2(d). So, the Court grants Defendant's motion to compel. *See On Demand Direct Response, LLC v. McCart-Pollak*, No. 2:15-cv-01576-MMD-GWF, 2019 WL 356797, at \*1 (D. Nev. Jan. 29, 2019).

**IT IS THEREFORE ORDERED** that Defendant's motion to compel (ECF No. 22) is **granted.**

**IT IS FURTHER ORDERED** that All for Health shall comply with the subpoena served by Defendant no later than **June 13, 2025.**

DATED: May 14, 2025,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE