**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

### UNITED STATES DISTRICT COURT

### DISTRCIT OF NEVADA

| | |
|---|---|
| Maria Rivas-Lopez,<br><br>    Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC, a foreign limited liability company; Does I through X, inclusive and Roe Business Entities I though X, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-1221-JAD-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice**<br><br>ECF Nos. 24, 27 |

COME NOW, the undersigned parties of record stipulate to dismiss Plaintiff's entire complaint, and all pending causes of action with prejudice; each party to bear their own fees and costs.

**WILSON ELSER**                                   **LADAH LAW FIRM**

/s/ Jonathan Pattillo                                  /s/ Adrian Karimi
Michael P. Lowry, Esq.                             Ramzy Paul Ladah, Esq.
Nevada Bar No. 10666                              Nevada Bar No. 11405
Jonathan C. Pattillo, Esq.                           Adrian Karimi, Esq.
Nevada Bar No. 13929                              Nevada Bar No. 13514
Attorneys for Cardenas Markets, LLC        Attorneys for Maria Rivas-Lopez

### ORDER

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The pending motion for summary judgment **[ECF No. 24] is DENIED** as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 23, 2025